### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      : Chapter 13

Simpson, Ivan Keith
Simpson, Hanan Odeh
    Debtors

                                                            :        16-10418 amc

### CERTIFICATE OF SERVICE OF
### DEBTOR'S AMENDED CHAPTER 13 PLAN

     I certify that on  August 28, 2016 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served  a copy of the Debtors'  Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: August 28, 2016

                                          "/s/"Mitchell J. Prince
                                          John L. McClain, Esquire
                                          Mitchell J. Prince, Esquire
                                          Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072