# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IVAN KEITH SIMPSON<br>HANAN ODEH SIMPSON | Chapter 13 |
| Debtor | Bankruptcy No. 16-10418-AMC |

## ORDER

AND NOW, this __14th__ day of __Feb__, 201_7_ having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

**Debtor:**
IVAN KEITH SIMPSON
HANAN ODEH SIMPSON
410 E. Broad Street

Souderton, PA 18964

**Chapter 13 Standing Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O., Box 1229
Philadelphia, PA 19105

**U.S. Trustee:**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107