UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IVAN KEITH SIMPSON                              Chapter 13
HANAN ODEH SIMPSON

                Debtor              Bankruptcy No. 16-10418-AMC

**ORDER**

AND NOW, this ____ day of ____, 201_ having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Debtor:**
    IVAN KEITH SIMPSON
    HANAN ODEH SIMPSON
    410 E. Broad Street

    Souderton, PA 18964

**Chapter 13 Standing Trustee:**
    William C. Miller, Esquire
    Chapter 13 Standing Trustee
    P.O., Box 1229
    Philadelphia, PA 19105

**U.S. Trustee:**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107