United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10418-amc
Ivan Keith Simpson                                                  Chapter 13
Hanan Odeh Simpson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia          Page 1 of 1          Date Rcvd: Feb 15, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.
db/jdb         +Ivan Keith Simpson,   Hanan Odeh Simpson,   410 E. Broad Street,   Souderton, PA 18964-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Hanan Odeh Simpson aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Ivan Keith Simpson aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Ivan Keith Simpson aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Hanan Odeh Simpson aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IVAN KEITH SIMPSON      Chapter 13
HANAN ODEH SIMPSON

            Debtor        Bankruptcy No. 16-10418-AMC

**ORDER**

AND NOW, this ____ day of ____, 201_ having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
**BANKRUPTCY JUDGE**

cc:
**Debtor's Attorney:**
    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Debtor:**
    IVAN KEITH SIMPSON
    HANAN ODEH SIMPSON
    410 E. Broad Street

    Souderton, PA 18964

**Chapter 13 Standing Trustee:**
    William C. Miller, Esquire
    Chapter 13 Standing Trustee
    P.O., Box 1229
    Philadelphia, PA 19105

**U.S. Trustee:**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107