**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13

Simpson, Ivan Keith
Simpson, Hanan Odeh
    Debtor

                                 :        16-10418 amc

**CERTIFICATE OF SERVICE OF
DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

      I certify that on  May 1, 2017 ,  the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served  a copy of the Debtors'  Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: May 1, 2017

                                    "/s/"Mitchell J. Prince
                                  John L. McClain, Esquire
                                  Mitchell J. Prince, Esquire
                                  Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072