# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ivan Keith Simpson<br>　　　　Hanan Odeh Simpson<br>　　　　　　　　Debtors<br><br>JPMorgan Chase Bank, National Association<br>　　　　　　　　Movant<br>　　vs.<br><br>Ivan Keith Simpson<br>Hanan Odeh Simpson<br>　　　　　　　　Debtors<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-10418 AMC<br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 16th day of May, 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on March 8, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
cc: See attached service list　　　　　　　　　United States Bankruptcy Judge

Ivan Keith Simpson
315 East Broad Street
Souderton, PA 18964

Hanan Odeh Simpson
315 East Broad Street
Souderton, PA 18964

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532