**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Simpson, Ivan Keith
    Simpson, Hanan Odeh : 16-10418 amc

    **Debtors** :

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on October 12, 2017.

    "/s/"Mitchell J. Prince
    John L. McClain, Esquire
    Mitchell J. Prince, Esquire
    Attorneys for debtors

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Rebecca A. Solarz, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532