## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      : Chapter 13
   Simpson, Ivan Keith
   Simpson, Hanan Odeh
            Debtors                  :  16-10418 amc

## ORDER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

AND NOW, to wit, this 8th day of November, 2017, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

    ORDERED that the Motion is hereby granted a total fee of $8,250.00 and $60.24 in expenses and further, the unpaid balance of $7,250.00 of the legal fees and $60.24 in incurred expenses shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
   Ashely M. Chan, U.S. Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Simpson, Ivan Keith Simpson, Hanan Odeh
410 E. Broad Street
Souderton, PA 18964