United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ivan Keith Simpson
Hanan Odeh Simpson
    Debtors

Case No. 16-10418-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 1     Date Rcvd: Jan 03, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
db/jdb       +Ivan Keith Simpson,    Hanan Odeh Simpson,    410 E. Broad Street,    Souderton, PA 18964-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
         JOHN L. MCCLAIN    on behalf of Joint Debtor Hanan Odeh Simpson aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Plaintiff Ivan Keith Simpson aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Debtor Ivan Keith Simpson aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Plaintiff Hanan Odeh Simpson aaamcclain@aol.com, edpabankcourt@aol.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    JPMorgan Chase Bank, National Association KMcDonald@blankrome.com
         REBECCA ANN SOLARZ    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                               TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ivan Keith Simpson<br>Hanan Odeh Simpson<br>　　　　Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>　　　　Movant<br>vs. | NO. 16-10418 AMC |
| Ivan Keith Simpson<br>Hanan Odeh Simpson<br>　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$9,716.88**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | July 1, 2017 through December 1, 2017 at $1,619.48/month |
| Suspense: | $3.40 |
| **Total Post-Petition Arrears** | **$9,713.48** |

2. The Debtor shall cure said arrearages in the following manner;

a). Beginning on January 1, 2018 and continuing through June 30, 2018, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,619.48** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,618.91** towards the arrearages for the months of January 2018 through May 2018 and **$1,618.93** for the month of June 2018 at the address below;

JPMorgan Chase Bank, N.A.
3415 Vision Drive
Columbus OH 43219

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

Certificate of Notice    Page 3 of 4

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Moving Party shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Moving Party may file a Certification of Default with the Court and the Court shall enter an Order granting the Moving Party relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Moving Party shall file a Certification of Default with the court and the court shall enter an order granting the Moving party relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The undersigned seeks court approval of this stipulation.

10. The parties agree that a facsimile signature shall be considered an original signature.

Date:    December 18, 2017

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date: 12/20/17

John L. McClain, Esquire  /Mitchell J. Prince
Attorney for Debtor(s)

Date: 12-21-17

_____
William C. Miller  JACK MILLER
Chapter 13 Trustee

Approved by the Court this ____ day of _____, 2017. However, the court retains discretion regarding entry of any further order.

**Date: January 3, 2018**

_____
Bankruptcy Judge
Ashely M. Chan