IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ivan Keith Simpson<br>Hanan Odeh Simpson<br>Debtors<br><br>JPMorgan Chase Bank, National Association<br>v.<br>Ivan Keith Simpson<br>Hanan Odeh Simpson<br>and<br>William C. Miller Esq.<br>Trustee | Chapter 13<br><br><br><br>NO. 16-10418 AMC |

## ORDER

AND NOW, this _____ day of _____, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 3, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow JPMorgan Chase Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 410 East Broad Street Souderton, PA 18964.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 23, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list

Ivan Keith Simpson
315 East Broad Street
Souderton, PA 18964

Hanan Odeh Simpson
315 East Broad Street
Souderton, PA 18964

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

John L. McClain Esq.
P.O. Box 123
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532