United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10418-amc
Ivan Keith Simpson                                                      Chapter 13
Hanan Odeh Simpson
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1          Date Rcvd: Jul 23, 2018
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db/jdb         +Ivan Keith Simpson,   Hanan Odeh Simpson,   410 E. Broad Street,   Souderton, PA 18964-1214
13742176       +JPMorgan Chase Bank, N.A.,   Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,   Monroe LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                     Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Hanan Odeh Simpson aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Hanan Odeh Simpson aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Ivan Keith Simpson aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Ivan Keith Simpson aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Ivan Keith Simpson<br>         Hanan Odeh Simpson<br>                          Debtors<br><br>JPMorgan Chase Bank, National Association<br>                     v.<br>Ivan Keith Simpson<br>Hanan Odeh Simpson<br>                  and<br>William C. Miller Esq.<br>                          Trustee | Chapter 13<br><br><br>NO. 16-10418 AMC |

**ORDER**

AND NOW, this         day of                  , 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 3, 2018  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow JPMorgan Chase Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 410 East Broad Street Souderton, PA 18964.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 23, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list

Ivan Keith Simpson
315 East Broad Street
Souderton, PA 18964

Hanan Odeh Simpson
315 East Broad Street
Souderton, PA 18964

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

John L. McClain Esq.
P.O. Box 123
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532