# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 16-10418-AMC

IVAN KEITH SIMPSON
HANAN ODEH SIMPSON
410 E. BROAD STREET

SOUDERTON, PA 18964

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    IVAN KEITH SIMPSON
    HANAN ODEH SIMPSON
    410 E. BROAD STREET

    SOUDERTON, PA 18964

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 10/1/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee