United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10418-amc
Ivan Keith Simpson                                                        Chapter 13
Hanan Odeh Simpson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Nov 06, 2018
                             Form ID: pdf900          Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db/jdb        +Ivan Keith Simpson,   Hanan Odeh Simpson,   410 E. Broad Street,   Souderton, PA 18964-1214
13670431      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
13663705      +Ar Resources Inc,   Pob 1056,   Blue Bell, PA 19422-0287
13663708      +Bucks Mont. Imaging Associates,   182 Bethlehem Pike,   Colmar, PA 18915-9790
13663709      +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
13663710       Cigna Group Insurance Disability,   c/o Xerox,   PO Box 5025,   Des Plaines, Il 60017-5025
13663711      +Colmar Denistry for Kids,   2621 N. Broad St, Unit B,   Colmar, PA 18915-9401
13663712      +Ecmc,   PO Box 16408,   St. Paul, MN 55116-0408
13663713      +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
13663714      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13663716      +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13663717      +Grand View Hospital,   PO Box 397,   Souderton, PA 18964-0397
13742176      +JPMorgan Chase Bank, N.A.,   Chase Records Center,   Attn: Correspondence Mail,
               Mail Code LA4-5555,   700 Kansas Lane,   Monroe LA 71203-4774
13663720      +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
13663721      +KML Law Group, PC,   701 Market Street,   Philadelphia, PA 19106-1538
13663722      +New Britain Surgery Center LLC,   1200 Manor Dr. , Ste 40,   Chalfont, PA 18914-2281
13663726      +PPL Electric Utilities,   2 North 9th Street, CPC-Genn1,   Allentwon, PA 18101-1179
13663724     #+Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
13663725     #+Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA 17104-3425
13663727      +Princeton Brain and Spine Care-Langhorne,   1203 Langhorne-Newtown Rd, Ste 138,
               Langhorne, PA 19047-1212
13663728      +SE PA Pain Management LTD,   PO Box 826499,   Philadelphia, PA 19182-6499
13663730       U S Dept Of Ed/gsl/atl,   Po Box 4222,   Iowa City, IA 52244
13752303       US Department of Education,   P O Box 16448,   Saint Paul MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Nov 07 2018 02:37:42      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2018 02:37:22
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2018 02:37:37      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13663704      +E-mail/Text: ally@ebn.phinsolutions.com Nov 07 2018 02:37:06     Ally  Financial,
               Attn: Bankruptcy Dept,   PO Box 130424,   Roseville, MN 55113-0004
13663706      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 07 2018 02:37:56      Berks Cc,
               P.o. Box 329,   Temple, PA 19560-0329
13663707      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 07 2018 02:37:56      Berks Credit & Coll,
               P.o. Box 329,   Temple, PA 19560-0329
13663715      +E-mail/Text: ally@ebn.phinsolutions.com Nov 07 2018 02:37:06     G M A C,   P O Box 380901,
               Bloomington, MN 55438-0901
13873802       E-mail/Text: blegal@phfa.org Nov 07 2018 02:37:30      PHFA/HEMAP,   211 NORTH FRONT ST,
               PO BOX 8029,   HARRISBURG, PA 17101
13663723      +E-mail/Text: blegal@phfa.org Nov 07 2018 02:37:30      Pa Housing Finance Age,
               2101 N. Front Stre,   Harrisburg, PA 17110-1086
13725292      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2018 02:37:34      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
13663729      +E-mail/Text: bankruptcydepartment@tsico.com Nov 07 2018 02:37:49      Transworld Sys Inc/09,
               507 Prudential Rd,   Horsham, PA 19044-2308
13663731      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 07 2018 02:37:06
               Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                        TOTAL: 12


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AmeriCredit Financial Services, Inc. dba GM Financ
13663718*     +Hanan Odeh Simpson,   410 E. Broad Street,   Souderton, PA 18964-1214
13663719*     +Ivan Keith Simpson,   410 E. Broad Street,   Souderton, PA 18964-1214
                                                                        TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Virginia          Page 2 of 2          Date Rcvd: Nov 06, 2018
                              Form ID: pdf900         Total Noticed: 35
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOHN L. MCCLAIN    on behalf of Debtor Ivan Keith Simpson aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Plaintiff Hanan Odeh Simpson aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Hanan Odeh Simpson aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Plaintiff Ivan Keith Simpson aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 12
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IVAN KEITH SIMPSON                                    Chapter 13
HANAN ODEH SIMPSON


Debtor                          Bankruptcy No. 16-10418-AMC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___6th_____ day of __November_____, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Ashely M. Chan
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
IVAN KEITH SIMPSON
HANAN ODEH SIMPSON
410 E. BROAD STREET

SOUDERTON, PA 18964